UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23889-CIV-SEITZ/O'SULLIVAN

SANDRA MOLINA,
        Plaintiff,
vs.


INTERNATIONAL SENIOR EXECUTIVES
ALLIANCE, INC. and ALEXANDER
MICHAELS,
        Defendants.
_____/

### ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the

Honorable Patricia A. Seitz, United States District Judge, for a settlement conference to be

conducted by the undersigned. On November 11, 2010, the plaintiff filed Plaintiff's Notice of

Settlement (DE# 4, 11/11/10). Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v.</u>

<u>United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday,**

**November 29, 2010** at **10:00 AM,** at the C. Clyde Atkins United States Courthouse, 301 North

Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the**

**terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.**

Request for continuance of this cause shall not be considered unless addressed to this Court in

the form of a written motion. **The parties shall <u>promptly</u> notify the undersigned's Chambers**

**if they wish to attend this hearing by telephone.** It is further

ORDERED AND ADJUDGED that the plaintiff shall **<u>promptly</u>** serve a copy of this Order

on the defendants and file a notice of compliance with the Court.

**DONE AND ORDERED** in chambers at Miami, Florida this **17th** day of November, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record